

**FILED**

OCT 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,  )<br>                          )<br>v.                        )<br>                          )<br>JEFFREY HOWARD HUNT       )<br>            Defendant.    )<br>                          )<br>                          )<br>_____) | CASE NO. 11-cr-441-KJM<br><br>[PROPOSED] ORDER SUBSTITUTING<br>NOTICE TO APPEAR IN LIEU OF<br>SUMMONS |

For the reasons set forth in the petition of the United States, the summons previously ordered in the above-captioned case is recalled in lieu of a notice to appear.

Date: October 13ᵗʰ, 2011        _____
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

1