```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No.  2:11-cr-441 KJM
                                 )
12          Plaintiff,           )   STIPULATION AND ORDER
                                 )   CONTINUING ARRAIGNMENT
13  v.                           )
                                 )
14  JEFFERY HOWARD HUNT,         )
                                 )
15          Defendant.           )
                                 )
16
17                         Stipulation
```

18      The date the prosecutor chose for the arraignment that is
19  listed on the Notice to Appear is not convenient for defense counsel
20  and the defendant.  Therefore, the parties, through undersigned
21  counsel, stipulate that the arraignment scheduled for November 1,
22  2011, may be continued to November 15, 2011, at 2:00 p.m.
23      As the defendant has not yet made an appearance in this action,
24  it is not necessary to exclude time under the Speedy Trial Act.
25  ///
26  ///
27  ///
28  ///

1    Defense counsel has authorized the prosecutor to sign this
2 stipulation on his behalf.
3 DATED:  November 1, 2011                BENJAMIN B. WAGNER
                                          United States Attorney
4
5                                    by   /s/ Samantha S. Spangler
                                          Samantha S. Spangler
6                                         Assistant U.S. Attorney
7
8 DATED:  November 1, 2011            by   /s/Samantha S. Spangler for
                                          Martin A. Shainbaum
9                                         Counsel for Defendant
                                          Jeffrey Howard Hunt
10
11                              Order
12    Good cause appearing, the arraignment scheduled for November 1,
13 2011 is ordered continued to November 15, 2011, at 2:00 p.m.
14    IT IS SO ORDERED.
15 DATED:  November 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2