

**FILED**

NOV - 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO.: 11-CR-00441-KJM |
| ) | |
| vs. ) | ~~[PROPOSED]~~ AND ORDER FOR |
| ) | SUBPOENA OF WITNESS |
| JEFF HUNT ) | AND ORDER FOR IMMEDIATE |
| ) | PRODUCTION PURSUANT |
| _____ ) | TO RULE 17(c) |

Upon motion of the defendant, by and through his counsel, and upon good cause being shown,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue a subpoena duces tecum for the following witness to produce records forthwith, pursuant to Rule 17(b) and (c), Federal Rules of Criminal Procedure.

### Subpoena Duces Tecum

Bank of America
Attn: Custodian of Records
633 Elmira Road
Vacaville, CA 95687

The Court finds certain records which may be of evidentiary value in the above-entitled case, and it further appearing these documents are needed immediately,

**IT IS THEREFORE ORDERED** that in accordance with Rule 17(c), Federal Rules of Criminal Procedure, the papers, documents or objects, or copies thereof, set forth in the attached subpoena issued to: Bank of America, 633 Elmira Road, Vacaville, CA 95687, be provided forthwith, to the attorney for the defendant, Kresta Nora Daly, Barth Daly, LLP, 431 I Street, Suite 201, Sacramento, CA 95814, 916-440-8600, so that they may be inspected and examined.

_/s/ Dale A. Drozd_
UNITED STATES MAGISTRATE JUDGE

SACRAMENTO, CALIFORNIA

November 5, 2014