

FILED
NOV -5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>vs. )<br>  )<br>JEFF HUNT )<br>  )<br>_____ ) | CR. NO.: 11-CR-00441-KJM<br><br>[PROPOSED] **SAID** ORDER FOR<br>SUBPOENA OF WITNESS<br>AND ORDER FOR IMMEDIATE<br>PRODUCTION PURSUANT<br>TO RULE 17(c) |

Upon motion of the defendant, by and through his counsel, and upon good cause being shown,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue a subpoena duces tecum for the following witness to produce records forthwith, pursuant to Rule 17(b) and (c), Federal Rules of Criminal Procedure.

**Subpoena Duces Tecum**

Tri Counties Bank
Attn: Custodian of Records
63 Constitution Drive
Chico, CA 95973

The Court finds certain records which may be of evidentiary value in the above-entitled case, and it further appearing that these documents are needed immediately,

**IT IS THEREFORE ORDERED** that in accordance with Rule 17(c), Federal Rules of Criminal Procedure, the papers, documents or objects, or copies thereof, set forth in the attached subpoena issued to: Tri Counties Bank, 63 Constitution Drive, Chico, CA 95973, be provided forthwith, to the attorney for the defendant, Kresta Nora Daly, Barth Daly, LLP, 431 I Street, Suite 201, Sacramento, CA 95814, 916-440-8600, so that they may be inspected and examined.

_____
UNITED STATES MAGISTRATE JUDGE

SACRAMENTO, CALIFORNIA

November 5, 2014