UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States Distrist Judge<br>Sacramento, California | **RE:** **Jeffrey Howard Hunt**<br>**Docket Number:  0972 2:11CR00441-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jeffrey Howard Hunt is requesting permission to travel to Rosarito, Baja California, Mexico. Jeffrey Howard Hunt is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On June 8, 2016, Jeffrey Howard Hunt  was sentenced for the offense(s) of 26 U.S.C. § 7207 – Delivery and Disclosure of a False Document (Class A Misdemeanor).

**Sentence Imposed:**  24 months probation; $25 S.A. and $2,000 fine

**Dates and Mode of Travel:**  Open dates of travel by vehicle.

**Purpose:**  The offender has a custom door design business with each manufactured product in Mexico. The offender reports he would typically travel to Mexico up to two times per week depending on orders to be filled. It is recommended the offender be allowed to travel for work purposes. As directed by the probation officer, he will be instructed to report each time he travels and returns to and from location. No overnight trips will be authorized, these are strictly day trips.

**RE:** **Jeffrey Howard Hunt**
**Docket Number:  0972 2:11CR00441-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

            Respectfully submitted,

            Karen Y. Lucero

            United States Probation Officer

Dated:   July 27, 2016
           Sacramento, California

            /s/ George A. Vidales
**REVIEWED BY:**    **George A. Vidales**
            **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒    Approved    ☐    Disapproved

July 28, 2016
**Date**                          UNITED STATES DISTRICT JUDGE

2